DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE MEADOWS OF MIRAMAR HOMEOWNERS ASSOCIATION, NO. 1, INC.,** a Florida non-profit corporation,
Appellant,

v.

**LUIS M. RODRIGUEZ** and **UNKNOWN TENANT,**
Appellees.

No. 4D13-3206

[January 21, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodrigiez-Powell, Judge; L.T. Case No. CACE11016146.

Alan Schwartzseid of Kaye Bender Rembaum, P.L., Pompano Beach, for appellant.

Winsor Daniel Jr., Pembroke Pines, for appellee.

PER CURIAM.

*Affirmed. See Saar v. Wellesley at Lake Clarke Shores Homeowners Ass'n,* 68 So. 3d 417 (Fla. 4th DCA 2011) (reversing foreclosure judgment where the claim of lien overstated the amount due).

WARNER, CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***